FILED
2022 Feb-28  PM 02:54
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | |
|---|---|
| KENNETH D. REED, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Case No. 4:18-cv-1790-LSC-GMB |
| | ) |
| STEVE MARSHALL, Alabama | ) |
| Attorney General, | ) |
| | ) |
| Respondent. | ) |

## **MEMORANDUM OPINION**

Petitioner Kenneth D. Reed filed a *pro se* petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Doc. 1.  On January 7, 2022, the Magistrate Judge entered a report recommending that the petition be dismissed for lack of jurisdiction. Doc. 11.  Although the Magistrate Judge advised the parties of their right to file specific objections within 14 days, the court has not received any objections.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the court ADOPTS the Magistrate Judge's report and ACCEPTS his recommendation.  Accordingly, the petition for writ of habeas corpus is due to be DISMISSED for lack of jurisdiction. Further, because the petition does not present issues that are debatable among jurists of reason, a certificate of appealability is due to be DENIED.  *See* 28 U.S.C. §

1

2253(c); *Slack v. McDaniel*, 529 U.S. 473, 484–85 (2000); Rule 11(a), *Rules Governing § 2254 Proceedings*. A final order will be entered.

**DONE** and **ORDERED** on February 28, 2022.

_____
L. Scott Coogler
United States District Judge

160704